UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3-19-bk-367

IN RE:   KEZIA L. HOLMES
         Debtor(s)

## CHAPTER 13 PLAN

**A.   NOTICES.**

**Debtor [1] must check one box on each line to state whether or not the Plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the Plan.**

| | Included | Not Included |
|---|---|---|
| A limit on the amount of a secured claim based on a valuation which may result in a partial payment or no payment at all to the secured creditor. See Sections C.5 (d) and (e). A separate motion will be filed. | X | |
| Avoidance of a judicial lien or nonpossessory, nonpurchase money security interest under 11 U.S.C §522 (f). A separate motion will be filed. See section C.5(e). | | X |
| Nonstandard provisions, set out in Section E. | | X |

**B.   MONTHLY PLAN PAYMENTS.** Plan payments include the Trustee's fee of 10% and shall begin 30 days from petition filing/conversion date. Debtor shall make payments to the Trustee for the period of 60 months. If the Trustee does not retain the full 10%, any portion not retained will be disbursed to allowed claims receiving payment under the Plan and may cause an increased distribution to the unsecured class of creditors:

   $1,525.81 from month 1 through 60

---

[1] All references to "Debtor" include and refer to both of the debtors in a case filed jointly by two individuals.

C.     **PROPOSED DISTRIBUTIONS.**

  1.   **ADMINISTRATIVE ATTORNEY'S FEES.**

Base Fee   $5,000   Total Paid Prepetition $-0-   Balance Due $5,000

MMM Fee $_____   Total Paid Prepetition $_____   Balance Due $_____

Estimated Monitoring Fee: $25 /month

Attorney's Fees Payable through Plan at $625 Monthly (subject to adjustment) for months 1 through 8.

  2.   **DOMESTIC SUPPORT OBLIGATIONS (as defined in 11U.S.C. §101 (14A).**

  **Creditor (+ Last 4 digits of Acct. No.)**                **Total Claim Amount**

  3.   **PRIORITY CLAIMS (as defined in 11 U.S.C. § 507).**

  **Creditor (+ Last 4 digits of of Acct No.)**              **Total Claim Amount**

  IRS                                                         $4,800

  4.   **TRUSTEE FEES.** From each payment received from Debtor, the Trustee shall receive a fee, the percentage of which is fixed periodically by the United States Trustee.

  5.   **SECURED CLAIMS.** Pre-confirmation payments allocated to secured creditors under the Plan, other than amounts allocated to cure arrearages, shall be deemed adequate protection payments. The Trustee shall disburse adequate protection payments to secured creditors prior to confirmation, as soon as practicable, if the Plan provides for payment to the secured creditor, the secured creditor has filed a proof of claim or Debtor or Trustee has filed a proof of claim for the secured creditor under §501(c), and no objection to the claim is pending. If Debtor's payments under the Plan are timely paid, payments to secured creditors under the Plan shall be deemed contractually paid on time.

(a) **Claims Secured by Debtor's Principal Residence Which Debtor Intends to Retain/Mortgage, HOA and Condo Association payments and arrears, if any, paid through the Plan.** If the Plan provides for curing prepetition arrearages on a mortgage on Debtor's principal residence, Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly post-petition mortgage payments to the Trustee as part of the Plan. These mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the post-petition mortgage payments for Debtor's principal residence on the following mortgage claims:

| Creditor (+Last 4 Digits of Acct No.) | Collateral Address | Regular Monthly Payment | Arrears |
|---|---|---|---|
| U.S. Bank N.A. c/o BSI Financial Svs. (4884) | 8253 Justin Rd. N. Jax., FL | $523.98 | $18,000 |

(b) **Claims Secured by other Real Property which Debtor Intends to Retain/Mortgage Payments, HOA and Condo Association payments and arrears, if any, paid through the Plan.** If the Plan provides to cure prepetition arrearages on a mortgage, Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly post-petition mortgage payments to the Trustee as part of the Plan. These mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the post-petition mortgage payments on the following mortgage claims.

| Creditor (+Last 4 Digits Of Acct. No.) | Collateral Address | Regular Monthly Payment | Arrears |
|---|---|---|---|
|  |  |  |  |

(c) **Claims Secured by Real Property/Debtor Intends to Seek Mortgage Modification.** If Debtor obtains a modification of the mortgage, the modified payments shall be paid through the Plan. Pending the resolution of a mortgage modification request, Debtor shall make the following adequate protection payments to the Trustee: (1) for *homestead* property, the lesser of 31% of gross monthly income of Debtor and non-filing spouse, if any (after deducting homeowners association fees), or the normal monthly contractual mortgage payment; or (2) for *non-homestead*, income-producing property, 75% of the gross rental income generated from the property.

| Creditor (+Last 4 Digits of Acct No.) | Collateral Address | Adequate Protection Payment |
|---|---|---|
|  |  |  |

(d) **Claims Secured by Real Property or Personal Property to Which Section 506 Valuation APPLIES (strip down).** Under 11 U.S.C. § 1322(b)(2), this provision does not apply to a claim secured solely by Debtor's principal residence. **A separate motion to determine secured status or to value the collateral must be filed.** The secured portion of the claim, estimated below, shall be paid. Unless otherwise stated in Section E, the payment through the Plan does not include payments for escrowed property taxes or insurance.

| Creditor (+Last 4 Digits Of Acct. No.) | Collateral Description/ Address | Claim Amount | Value | Payment Through Plan | Interest Rate |
|---|---|---|---|---|---|
| | | | | | |

(e) **Liens to be Avoided Under 11 U.S.C. § 522 or Stripped Off Under 11 U.S.C. §506.** Debtor must file a separate motion under § 522 to avoid a judicial lien or a nonpossessory, nonpurchase money security interest because it impairs an exemption or under § 506 to determine secured status and to strip a lien.

| Creditor (+Last 4 Digits of Acct No.) | Collateral Description/ Address |
|---|---|
| Panatte, LLC | 8253 Justin Rd. N. Jacksonville, FL |

(f) **Claims Secured by Real Property and/or Personal Property to Which Section 506 Valuation DOES NOT APPLY Under The Final Paragraph in 11 U.S.C. § 1325(a).** The claims listed below were either: (1) incurred within 910 days before the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of Debtor; or (2) incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value. These claims will be paid in full under the Plan with interest at the rate stated below.

| Creditor (+Last 4 Digits Of Acct. No.) | Collateral Description/ Address | Claim Amount | Payment Through Plan | Interest Rate |
|---|---|---|---|---|
| | | | | |

(g) **Claims Secured by Real or Personal Property to be Paid with Interest Through the Plan under 11 U.S.C. § 1322(b)(2).** The following secured claims will be paid in full under the Plan with interest at the rate stated below.

| Creditor (+Last 4 Digits Of Acct No.) | Collateral Description/ Address | Claim Amount | Payment Through Plan | Interest Rate |
|---|---|---|---|---|
| Santander Consumer USA, Inc. | 2013 Acura | $16,207 | $199.25 (1-8) $339.64 (9-60) | 7% |

(h) **Claims Secured by Personal Property- Maintaining Regular Payments and Curing Arrearage, if any, with All Payments in Plan.**

| Creditor (+Last 4 Digits Of Acct No.) | Collateral Description | Regular Contractual Payment | Arrearage |
|---|---|---|---|
| | | | |

(i) **Secured Claims Paid Directly by Debtor.** The following secured claims are being made via automatic debit/draft from Debtor's depository account and are to continue to be paid directly to the creditor or lessor by Debtor outside the Plan via automatic debit/draft. The automatic stay is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any co-debtor as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate or abrogate Debtor's state law contract rights.

| Creditor (+Last 4 Digits Of Acct No.) | Property/Collateral |
|---|---|
| | |

(j) **Surrender of Collateral/Property that Secures a Claim.** Debtor will surrender the following collateral/property. The automatic stay under 11 U.S.C. Sections 362(a) and 1301(a) is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any co-debtor as to these creditors upon the filing of this Plan.

| Creditor (+Last 4 Digits Of Acct No.) | Collateral/Property Description/Address |
|---|---|
| | |

(k) **Secured Claims that Debtor Does Not Intend to Pay.** Debtor does not intend to make payments to the following secured creditors. The automatic stay is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any co-debtor with respect to these creditors upon the

filing of this Plan. Debtor's state law contract rights and defenses are neither terminated nor abrogated.

**Creditor (+Last 4 Digits**                                                     **Collateral**
**Of Acct No.)**                                                                  **Description/Address**

6. **LEASES/EXECUTORY CONTRACTS.** As and for adequate protection, the Trustee shall dispurse payments to creditors under leases or executory contracts prior to confirmation, as soon as practicable, if the Plan provides for payment to creditor/lessor, the creditor/lessor has filed a proof of claim or Debtor or Trustee has filed a proof of claim for the secured creditor/lessor under § 501(c), and no objection to the claim is pending. If Debtor's payments under the Plan are timely paid, payments to creditors/lessors under the Plan shall be deemed contractually paid on time.

(a) **Assumption of Leases/Executory Contracts for Real or Personal Property to be Paid and Arrearages Cured Through the Plan.** Debtor assumes the following leases/executory contracts and proposes the prompt cure of any prepetition arrearage as follows.

| Creditor/Lessor (+Last 4 digits Of Acct No.) | Description of Leased Property | Regular Contractual Payment | Arrearage and Proposed Cure |
| --- | --- | --- | --- |
| | | | |

(b) **Assumption of Leases/Executory Contracts for Real or Personal Property to be Paid Directly by the Debtor.** Debtor assumes the following lease/executory contract claims that are paid via automatic debit/draft from Debtor's depository account and are to continue to be paid directly to the creditor or lessor by Debtor outside the Plan via automatic debit/draft. The automatic stay is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any co-debtor as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate or abrogate Debtor's state law contract rights.

**Creditor/Lessor**                                                    **Property/Collateral**
**(+ Last 4 Digits**
**Of Acct No.)**

(c) **Rejection of Leases/Executory Contracts and Surrender of Real or Personal Leased Property.** Debtor rejects the following leases/executory contracts and will surrender the following leased real or personal property. The automatic stay is terminated *in rem* as to Debtor

and *in rem* and *in personam* as to any co-debtor as to these creditors and lessors upon the filing of this Plan.

**Creditor/Lessor**  
**(+ Last 4 Digits**  
**of Acct No.)**  
Aileen Fearon-Frisz

**Property/Collateral**  
**to be Surrendered**

Rental Home

7. **GENERAL UNSECURED CREDITORS.** General unsecured creditors with allowed claims shall receive a *pro rata* share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid under a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors shall be no less than $2,399.

D. **GENERAL PLAN PROVISIONS:**

1. Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims.

2. Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim or other amount as allowed by an Order of the Bankruptcy Court.

3. If Debtor fails to check (a) or (b) below, or if Debtor checks both (a) and (b), property of the estate shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise. Property of the estate

   (a) \_\_\_\_\_ shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise; or

   (b) __X__ shall vest in Debtor upon confirmation of the Plan.

4. The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief and/or the proofs of claim as filed and allowed. Unless otherwise ordered by the Court, the Trustee shall only pay creditors with filed and allowed proofs of claims. An allowed proof of claim will control, unless the Court orders otherwise.

5.  The Debtor may attach a summary or spreadsheet to provide an estimate of anticipated distributions. The actual distributions may vary. If the summary of spreadsheet conflicts with this Plan, the provisions of the Plan control prior to confirmation, after which time the Order Confirming Plan shall control.

6.  Debtor shall timely file all tax returns and make all tax payments and deposits when due. (However, if Debtor is not required to file tax returns, Debtor shall provide Trustee with a statement to that effect.) For each tax return that becomes due after the case is filed, Debtor shall provide a complete copy of the tax return, including business returns if Debtor owns a business, together with all related W-2s and Form 1099s, to the Trustee within 14 day of filing the return. Unless otherwise ordered, consented to by the Trustee, or ordered by the court, Debtor shall turn over to the Trustee all tax refunds in addition to regular Plan payments. Debtor shall not instruct the Internal Revenue Service or other taxing agency to apply a refund to the following year's tax liability. **Debtor shall spend no tax refunds without first having obtained the Trustee's consent or court approval.**

E.  **NONSTANDARD PROVISIONS** as Defined in Federal Rule of Bankruptcy Procedure 3015(c). Note: Any nonstandard provisions of this Plan other than those set out in this section are deemed void and are stricken.

1.  **Arrears owed U.S. Bank c/o BSI Fin. Svs:**   $-0- (1-8)
    $346.16 (9-60)

2.  **Unsecured Creditors:**   $-0- (1-8)
    $46.14 [handwritten, overwriting struck-through printed amount] (9-60)

3.  **IRS Priority Claim:**   $-0- (1-8)
    $92.31 (9-60)

I HEREBY CERTIFY a copy hereof has been furnished electronically or by US Mail to all interested parties on the attached matrix this ___5___ day of February, 2019.

## CERTIFICATION

By filing this document, the Attorney for Debtor, or Debtor, if not represented by an attorney, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in the model Plan adopted by this Court, and that this plan contains no additional or deleted wording or nonstandard provisions other than any nonstandard provisions included in Section E.

Higginbotham Law Firm
Attorneys for Debtor(s)

_____
D.C. Higginbotham, Esquire
Florida Bar #167121
Trent D. Higginbotham, Esquire
Florida Bar #0119203
925 Forest Street
Jacksonville, FL 32204
Phone: (904) 354-6604
FAX: (904) 354-6606

_____
**Debtor (By D.C. Higginbotham/
Trent D. Higginbotham as Attorney in Fact)**

DATED: __2/5/19__

_____
**Debtor (By D.C. Higginbotham/
Trent D. Higginbotham as Attorney in Fact)**

DATED: _____

## POWER OF ATTORNEY

## FOR FILING AND SIGNING CHAPTER 13 PLANS

I, __KEZIA HOLMES__ and _____, hereby name and appoint my attorneys, D.C. Higginbotham and Trent D. Higginbotham, or either of them, whose business address is 925 Forest St., Jacksonville, FL 32204 to be my lawful Attorney-In-Fact to act for me and sign and file plans, amended plans and modified plans for my Chapter 13 case.

__/s/ KSH__                                  _____
Signature                                    Signature

DATE: __1/31/19__                            DATE: _____

STATE OF FLORIDA

COUNTY OF __DUVAL__

Before me the undersigned authority, personally appeared __KEZIA HOLMES__, and _____ who being first duly sworn, depose(s) and say(s) that he/she/they is the person/people named in the foregoing Power of Attorney; he/she/they has/have read the same, know(s) the contents thereof and the same are true and correct.

SWORN TO AND SUBSCRIBED before me this

__31__ day of __JAN.__, __2019__

by __DCH__

DOUGLAS C. HIGGINBOTHAM
Notary Public – State of Florida
Commission # GG 47095
My Comm. Expires Dec 14, 2020
Bonded through National Notary Assn.

NOTARY PUBLIC, State of Florida

My Commission Expires:

Personally known __✓__, or

Produced _____

as identification.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:19-bk-00367-JAF<br>Middle District of Florida<br>Jacksonville<br>Tue Feb  5 14:02:48 EST 2019 | Kezia L. Holmes<br>8253 Justin Rd. North<br>Jacksonville, FL 32210-3482 | 1st Progress/Stequity<br>PO Box 84010<br>Columbus, GA 31908-4010 |
| ACS/JP Morgan Chase Bank<br>501 Bleecker St.<br>Utica, NY 13501-2401 | AFNI<br>for AT&T<br>PO Box 3517<br>Bloomington, IL 61702-3517 | AIS Services LLC<br>for HSBC Auto Fin.<br>50 California St<br>San Francisco, CA 94111-4612 |
| Academy Bank<br>PO Box 26458<br>Kansas City, MO 64196-6458 | Adam Jeffrey Katz, P.A.<br>for Untied Tranzactions<br>5571 N. University Dr.,<br>Ste 204<br>Pompano Beach, FL 33067-4653 | Alachua County fir/Rescue<br>PO Box 5038<br>Gainesville, FL 32627-5038 |
| Allied Debt Recover Svcs<br>for Vystar CU<br>2000 Warrensville Center Rd<br>South Euclid, OH 44121-2600 | Amcol Systems<br>for St Vincent's Med Cntr<br>111 Lancewood Rd<br>Columbia, SC 29210-7523 | Amcol Systems Inc<br>for St. Luke's Hosp<br>111 Lancewood Rd<br>Columbia, SC 29210-7523 |
| (p)AMERICREDIT FINANCIAL SERVICES DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | American Home Shield Corp.<br>PO Box 851<br>Memphis, TN 38101-0851 | American Web Loan<br>522 N 14th St.<br>Ponca City, OK 74601-4654 |
| Asset Acceptance LLC<br>c/o Rodolfo J; Miro<br>PO Box 9059<br>Brandon, FL 33509-9059 | Autid Systems Inc.<br>for Winn Dixie<br>3696 Ulmerton Rd., Ste 200<br>Clearwater, FL 33762-4237 | Avis Processing Srvcs<br>PO Box 956649<br>Saint Louis, MO 63195-6649 |
| BSI Financial Svs./<br>U.S. Bank N.A.<br>PO Box 517<br>Titusville, PA 16354-0517 | Borland Grover Clinic<br>PO Box 919312<br>Orlando, FL 32891-0001 | CBO-FIRST COAST PRIMARY CARE<br>PO Box 61148<br>Jacksonville, FL 32236-1148 |
| CCSC<br>for Allstate Insrance Co.<br>PO Box 55156<br>Boston, MA 02205-5156 | CN Grier DDS Inc.<br>8383 Baymeadows Way<br>Boggs Bldg., Ste A<br>Jacksonville, FL 32256-8289 | CPS Security<br>for Winn Dixie<br>PO Box 782408<br>San Antonio, TX 78278-2408 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Capital Mngmnt Srvcs, LP<br>for Jefferson Capital Sys<br>698 1/2 South Ogden St<br>Buffalo, NY 14206-2317 | Central Credit Srvcs LLC<br>for Regional Accept Corp<br>2 Corporate Hills Dr<br>Saint Charles, MO 63301 |
| Certegy Payment Recovery Svs<br>for Air Tran Airways Inc.<br>11601 Roosevelt Blvd.<br>Saint Petersburg, FL 33716-2202 | Certegy Payment Recovery Svs<br>for Ashley Stewart 184<br>11601 Roosevelt Blvd.<br>Saint Petersburg, FL 33716-2202 | Chase<br>PO Box 15298<br>Wilmington, DE 19850-5298 |

| | | |
|---|---|---|
| City of Jacksonville<br>117 West Duval Street Ste. 480<br>Jacksonville, FL 32202-5721 | City of Jax Fir Res<br>PO Box 863005<br>Orlando, FL 32886-3005 | Coastline Fed Credit Union<br>4651 Emerson St.<br>Jacksonville, FL 32207-4920 |
| Convergent Outsourcing Inc<br>for Regions Bank<br>10750 Hammerly Blvd #200<br>Houston, TX 77043-2317 | Credit Coll<br>for Progressive Ins Co.<br>PO Box 9134<br>Needham Heights, MA 02494-9134 | Credit Coll/USA<br>for Dr. A. Skigen<br>PO Box 873<br>Morgantown, WV 26507-0873 |
| Credit Collection Srvcs<br>for Quest Diagnostics<br>PO Box 55126<br>Boston, MA 02205-5126 | Credit Managment LP<br>for Comcast<br>4200 International Pkwy<br>Carrollton, TX 75007-1912 | Credit One Bank<br>PO Box 60500<br>City of Industry, CA 91716-0500 |
| Credit Protection Asso<br>for Comcast<br>One Galleria Tower<br>Dallas, TX 75240 | D.C. Higginbotham<br>925 Forest St.<br>Jacksonville, FL 32204-2839 | Day Investment & Consulting<br>888 Foster City Blvd, Apt A1<br>Foster City, CA 94404-2201 |
| Diversified Consult, Inc.<br>for Vonage<br>PO Box 551268<br>Jacksonville, FL 32255-1268 | Dr. Bernadette Kelley<br>2504 Beauthberry Cir E<br>Jacksonville, FL 32246-1349 | Duval County Tax Collector<br>231 E. Forsyth St.<br>Jacksonville, FL 32202-3361 |
| Duval County Tax Collector<br>231 Forsyth St. #130<br>Jacksonville FL 32202-3380 | ER Med Specialist of Jax<br>for FirstPoint Collection<br>PO Box 26140<br>Greensboro, NC 27402-6140 | Encircle Collections In<br>for Serrano Pain & Body<br>1691 NW 107th Ave<br>Miami, FL 33172-2707 |
| Enhanced Recovery<br>for Comcast<br>PO Box 23870<br>Jacksonville, FL 32241-3870 | Enterprise<br>PO Box 801988<br>Kansas City, MO 64180-1988 | Equable Ascent Fin.<br>1120 W. Lake Cook Rd Ste<br>Buffalo Grove, IL 60089-1970 |
| Espling Jewelers<br>9825 40 San Jose Blvd<br>Jacksonville, FL 32257-5489 | Financial Corporation of<br>America for HNI Med Srvcs<br>PO Box 203500<br>Austin, TX 78720-3500 | First Coast Cardiovas<br>Institue<br>Po Box 551308<br>Jacksonville, FL 32255-1308 |
| First Coast Med Assoc<br>13241 Bartram Pakr Blvd<br>Ste 413<br>Jacksonville, FL 32258-5237 | First Premier Bank<br>PO Box 5529<br>Sioux Falls, SD 57117-5529 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| Franklin collection Sv<br>for ATT<br>2978 W Jackson St<br>Tupelo, MS 38801-6731 | GM Financial<br>PO Box 181145<br>Arlington, TX 76096-1145 | Giove Law Office, P.C<br>Check n Go<br>PO Box 844<br>Amherst, NY 14226-0844 |

| | | |
|---|---|---|
| Global Payments Check<br>PO Box 61158<br>Chicago, IL 60666 | HSBC Auto Fin<br>PO Box 17904<br>San Diego, CA 92177-7904 | HSN<br>PO Box 9090<br>Clearwater, FL 33758-9090 |
| IC System, Inc.<br>for AT&T<br>PO Box 64437<br>Saint Paul, MN 55164-0437 | IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| JP Morgan Chase Bank AS ELT<br>for Educational Credit<br>Management Corp.<br>PO Box 16408<br>Saint Paul, MN 55116-0408 | Jacksonville Clinic<br>PO Box 551308<br>Jacksonville, FL 32255-1308 | Jacksonville Ortho Inst<br>PO Box 34429<br>Seattle, WA 98124-1429 |
| (p)VYSTAR CREDIT UNION<br>PO BOX 45085<br>JACKSONVILLE FL 32232-5085 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Law Office of<br>Palmer, REifler & Assoc.<br>for Winn Dixie<br>PO Box 607774<br>Orlando, FL 32860-7774 |
| Law Office of<br>Robert C. Davis, PA<br>24 North Market St.<br>Suite 301A<br>Jacksonville, FL 32202-2810 | Lin's Electric Inc.<br>3840 Magill Rd<br>Jacksonville, FL 32220-3228 | Loan Max LLC<br>1320 Boone Ave. Ext<br>Kingsland, GA 31548-6511 |
| MAF Collection Srvc<br>134 S Tampa St.<br>Tampa, FL 33602-5354 | MG Credit<br>for Borland Groover<br>5115 San Juan Ave<br>Jacksonville, FL 32210-3137 | MG Credit<br>for NOrmandy Dentistry<br>5115 San Juan Ave.<br>Jacksonville, FL 32210-3137 |
| MJ Altman CO., Inc.<br>for St Vincents Patholkogy<br>PO Box 3070<br>Ocala, FL 34478-3070 | MSB<br>PO Box 16755<br>Austin, TX 78761-6755 | Mark E. Gelfand, Esq.<br>for Signet Diagnostic<br>Imaging N. FL<br>560 South Broadway<br>Hicksville, NY 11801-5013 |
| Mciver Urological Clinic<br>PO Box 830469<br>Birmingham, AL 35283-0469 | Med Busi Bur<br>for Diagnostic Imaging PA<br>1460 Renaissance Dr<br>Park Ridge, IL 60068-1349 | Merchants Assoc Coll<br>Divison, Inc<br>for Shands  Jax<br>134 S. Tampa St<br>Tampa, FL 33602-5354 |
| Metlife Auto & HOme<br>PO Box 41753<br>Philadelphia, PA 19101-1753 | Midland Credit Mngmnt, Inc<br>for Asset Acceptance LLC<br>PO Box 2036<br>Warren, MI 48090-2036 | NCO Financial Systems Inc<br>for Wachovia<br>507 Prudential Rd<br>Horsham, PA 19044-2308 |
| National Credit Adjusters<br>for Check n Go<br>PO Box 3023<br>Hutchinson, KS 67504-3023 | Navient<br>PO Box 9533<br>Wilkes Barre, PA 18773-9533 | Navy Fed CU<br>PO Box 3000<br>Merrifield, VA 22119-3000 |

| | | |
|---|---|---|
| Normandey Dentistry<br>7885 Normandy Blvd<br>Jacksonville, FL 32221-6640 | Nthrive<br>UF Health Jax<br>c/o n Thrive<br>4500 Salisbury Rd, Ste 460<br>Jacksonville, FL 32216-0954 | O.P.A.A.<br>PO Box 313<br>Orange Park, FL 32067-0313 |
| Panatte LLC<br>228 Park Ave. South<br>New York, NY 10003-1502 | (p)PERITUS PORTFOLIO SERVICES<br>PO BOX 141419<br>IRVING TX 75014-1419 | Precision Imaging Center<br>PO Box 371863<br>Pittsburgh, PA 15250-7863 |
| (p)PROFESSIONAL DEBT MEDIATION<br>7948 BAYMEADOWS WAY<br>2ND FLOOR<br>JACKSONVILLE FL 32256-8539 | Progressive<br>PO Box 105428<br>Atlanta, GA 30348-5428 | Progressive Finance<br>11629 Suth 700 East, #250<br>Draper, UT 84020 |
| (p)PROG LEASING LLC<br>256 WEST DATA DRIVE<br>DRAPER UT 84020-2315 | Providian<br>4940 Johnson Dr<br>Pleasanton, CA 94588-3308 | RJM Acq LLC<br>for Compass Bank<br>575 Underhill Blvd Ste 2<br>Syosset, NY 11791-3426 |
| Regicnal Acceptance CO<br>1420 E. Fire Tower Rd Ste<br>Greenville, NC 27858-4139 | Regionl Acceptance Corp.<br>PO Box 1847<br>Wilson, NC 27894-1847 | Santander Consumer USA, Inc.<br>PO Box 961245<br>Fort Worth, TX 76161-0244 |
| Signet Diagnostic Imaging<br>N. FL<br>PO Box 30002<br>New York, NY 10087-0002 | Southeast Orthopedic Spec<br>Dept 866<br>PO Box 850001<br>Orlando, FL 32885-0001 | St Vencent's Med Cntr<br>Riverside<br>PO JBox 864917<br>Orlando, FL 32886-4917 |
| St. Vincent's Primary Care<br>PO Box 86438<br>Orlando, FL 32886-0001 | Suburban Credit Corp.<br>for ER Medical Specialist<br>PO Box 30640<br>Alexandria, VA 22310-8640 | Sunbelt Crdt<br>SFC Central<br>Bankruptcy PO Box 811<br>Spartanburg, SC 29304 |
| The Law Ofices of Bennett &<br>Deloney, P.C.<br>PO Box 190<br>Midvale, UT 84047-0160 | Transworld Systems Inc<br>500 Virginia Dr, Ste 514<br>Fort Washington, PA 19034-2707 | UF Health-Jax<br>PO Box 830270<br>Birmingham, AL 35283-0270 |
| UTA<br>3200 Executive Way<br>Hollywood, FL 33025-3930 | United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 | Wells Fargo Bank, N.A<br>PO Box 19657<br>Irvine, CA 92623-9657 |
| Westgae Resorts<br>2801 Old Winter Garden Rd<br>Ocoee, FL 34761-2965 | Douglas C Higginbotham +<br>925 Forest St.<br>Jacksonville, FL 32204-2839 | United States Trustee - JAX 13/7 7+<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |

Douglas W Neway +
Post Office Box 4308
Jacksonville, FL 32201-4308

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

AmeriCredit
PO Box 183853
Arlington, TX 76096

Cap One
PO box 85520
Richmond, VA 23285

Jax Navy FCU
PO Box 45085
Jacksonville, FL 32232

Jefferson
for Compass Bank
16 McLeland Rd
Saint Cloud, MN 56303

Peritus Portfolio
Svs. II, LLC
PO Box 141419
Irving, TX 75014

Professional Debt
for Florida Payroll Advance
7948 Baymeadows Way
Jacksonville, FL 32256

Progressive Finance
11629S. 700th E.
Ste 750
Draper, UT 84020

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Jerry A. Funk
Jacksonville

(d)Asset Acceptance LLC
c/o rodolfo J. Miro
PO Box 9059
Brandon, FL 33509-9059

(d)Dr. Bernadette Kelley
2504 Beauthberry Cir. E
Jacksonville, FL 32246-1349

(u)Southeast Orthoedic Spec
Dept 866

End of Label Matrix
Mailable recipients   121
Bypassed recipients     4
Total                 125